

**MEMO ENDORSED**

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022-4834
Tel: 212.209.3050
Fax: 212.371.5500

**Princeton**
4 Independence Way, Ste. 120
Princeton, NJ 08540
Tel: 609.514.1500
Fax: 609.514.1501

**Paul V. LiCalsi, Esq.**
212.209.3090
plicalsi@reitlerlaw.com

October 5, 2020

**VIA ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Marco Berrocal d/b/a Bourne Co. v. Sheet Music Now, Inc.
Case No. 19-cv-05123-ALC-OTW

Dear Judge Wang:

We are counsel for plaintiff Marco Berrocal d/b/a Bourne Co. in the above-referenced action. We write jointly with counsel for defendant Sheet Music Now, Inc. to inform the Court that the parties have engaged in productive settlement discussions to date and believe that they are very close to an agreement in principle to settle the action.

In light of the foregoing, the parties respectfully request a brief two-week adjournment of the Initial Pretrial Conference in this action, which conference is currently scheduled for Wednesday, October 7, 2020 at 4:00 p.m. [Doc. 42].

This is the first request for an adjournment of the Initial Pretrial Conference. Thank you for your consideration of this request.

Respectfully Submitted,

s/ *Paul V. LiCalsi*

Paul V. LiCalsi

cc: All attorneys of record (via ECF)

261796

**SO ORDERED:**

Application **GRANTED.** The Telephonic Conference is now scheduled for October 22, 2020 at 4:00 p.m.

_____
Ona T. Wang                10/7/20
Unites States Magistrate Judge